IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                             NO. 4:14CR199-DPM

CHARNEICE CHATMAN                                                    DEFENDANT

### ORDER

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release. (Docket entry #10) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Charneice Chatman for appearance at a hearing before United States Magistrate Judge Beth Deere on April 3, 2015, at 10:00 a.m. to show cause why her pretrial release should not be revoked.

IT IS SO ORDERED this 24th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE